1  Stanley K. Jacobs, Esq., SBN 30363
   Thomas F. Borcher, Esq., SBN 110255
2  JACOBS, JACOBS & EISFELDER, LLP
   11755 Wilshire Boulevard, Suite 2150
3  Los Angeles, California 90025
   Telephone:  (310) 473-9211/(310) 820-4500
4  Fax:  (310) 473-6811/(310) 826-0683

5  Attorneys for Plaintiff
   GEORGINA SHANTELL THOMAS
6

7

8                  UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 | GEORGINA SHANTELL THOMAS,         ) CASE NO. 1:05-CV-01444 OWW DLB
                                      )
12 |              Plaintiff,           ) Judge:  Oliver W. Wanger
                                      ) Dept.:  1
13 | vs.                               )
                                      )
14 | BURLINGTON NORTHERN SANTA         ) PLAINTIFF'S REQUEST FOR
     FE CORPORATION; BURLINGTON       ) DISMISSAL AS TO THE COUNTY
15 | NORTHERN AND SANTA FE            ) OF FRESNO ONLY;
     RAILWAY COMPANY; BNSF            ) STIPULATION; ORDER
16 | RAILWAY COMPANY; NATIONAL        )
     RAILROAD PASSENGER               )
17 | CORPORATION (AMTRAK);            )
     ERNEST MARTINEZ; STATE OF        )
18 | CALIFORNIA, DEPARTMENT OF        )
     TRANSPORTATION, CALTRANS;        )
19 | FRESNO CITY COLLEGE; STATE       )
     CENTER COMMUNITY COLLEGE         )
20 | DISTRICT; COUNTY OF FRESNO;      )
     CITY OF FRESNO; CLARDY LEE       )
21 | MULLIN, JR.; DOES 1 through 500, )
     inclusive,                       )
22                                    )
                   Defendants.        )
23 | _____)

24

25 TO THIS HONORABLE COURT:

26         COMES NOW the Plaintiff, GEORGINA SHANTELL THOMAS, and

27 requests that the Court issue an order dismissing the County of Fresno as a defendant in

28 this action, with prejudice, pursuant to the Stipulation of Counsel which follows.  The

                                        1

Stipulation calls for each party to bear their own costs and fees.

Dated: August __, 2006        JACOBS, JACOBS & EISFELDER, LLP


                              By: _____
                                  Thomas F. Borcher
                                  Attorneys for Plaintiff


## STIPULATION

WHEREAS the Plaintiff desires to dismiss the COUNTY OF FRESNO from this action with prejudice; and,

WHEREAS counsel for the COUNTY OF FRESNO has consented to this dismissal and joins in the request; and,

WHEREAS counsel for Plaintiff and the COUNTY OF FRESNO agree to this Request for Dismissal with each side bearing their own costs and fees,

Plaintiff and the COUNTY OF FRESNO join in this request that the court issue an Order dismissing the COUNTY OF FRESNO from this action with each side bearing their own costs and attorney fees.


Dated: August __, 2006        JACOBS, JACOBS & EISFELDER, LLP


                              By:_____
                                  Thomas F. Borcher
                                  Attorneys for Plaintiff


Dated: August __, 2006        COUNTY OF FRESNO


                              By:_____
                                  William F. Mar, Jr., Sr. Deputy County Counsel
                                  Attorneys for Plaintiff

2

**PLAINTIFF'S REQUEST FOR DISMISSAL AS TO THE COUNTY OF FRESNO ONLY**

## ORDER

The court having read and considered the request of Plaintiff to dismiss the action with prejudice against the Defendant COUNTY OF FRESNO, and, the court having read and reviewed the Stipulation signed by both counsel for Plaintiff and the COUNTY OF FRESNO,

IT IS HEREBY ORDERED that the plaintiff's request to dismiss the COUNTY OF FRESNO with prejudice and with each side bearing its own costs and fees is hereby granted and the COUNTY OF FRESNO is hereby dismissed from this action.

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 11755 Wilshire Boulevard, Suite 2150, Los Angeles, California 90025.

      On September 7, 2006 I served the foregoing document described as: **PLAINTIFF'S REQUEST FOR DISMISSAL AS TO THE COUNTY OF FRESNO ONLY; STIPULATION; ORDER** in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

X   **BY U.S. MAIL**  I caused such envelope to be deposited in the mail, with postage thereon fully prepaid, at Los Angeles, California.  [I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.]

___   **BY PERSONAL SERVICE**  I personally delivered such envelope to the offices of the addressee.

___   **BY FEDERAL EXPRESS MAIL**  I personally delivered such envelope on ** to

a Federal Express drop box or office in Los Angeles, California, marked for delivery on **

___  **BY FACSIMILE**  I faxed such document to the addressee at the fax number listed for each addressee.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on September 7, 2006, at Los Angeles, California.

_____

SANDRA SPIEGEL

# MAILING LIST

*Thomas v. Burlington*

| | |
|---|---|
| B. Clyde Hutchinson, Esq. | Attorneys for Defendant NATIONAL |
| Leora Ragones, Esq. | RAILROAD PASSENGER |
| Lombardi, Loper & Conant, LLP | CORPORATION and BNSF |
| Lake Merritt Plaza | RAILWAY COMPANY |
| 1999 Harrison Street, Suite 2600 | |
| Oakland, California 94612-3541 | |
| Ph:  (510) 433-2600 | |
| Fax:  (510) 433-2699 | |
| | |
| David M. Overstreet, IV, Esq. | Attorneys for Defendant STATE |
| Overstreet & Associates | CENTER COMMUNITY COLLEGE |
| 1530 E. Shaw Avenue, Suite 102 | DISTRICT and CITY OF FRESNO |
| Fresno, California 93710 | |
| Ph:  (559) 221-2771 | |
| Fax:  (559) 221-2775 | |
| | |
| Dennis A. Marshall, County Counsel | Attorneys for Defendant COUNTY OF FRESNO |
| William F. Mar, Jr., Sr. Deputy County Counsel | |
| 2220 Tulare Street, 5th Floor | |
| Fresno, California 93721 | |
| Ph:  (559) 488-3479 | |
| Fax:  (559) 488-1900 | |

IT IS SO ORDERED.

Dated:   September 7, 2006
Emm0d6
         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE