1  DAVID M. OVERSTREET, IV, No.103039
   **OVERSTREET & ASSOCIATES**
2      Attorneys At Law
   1530 E. Shaw Avenue, Suite 102
3      Fresno, CA 93710
   _____
4  Telephone (559) 221-2771
   Facsimile (559) 221-2775

5  Attorneys for Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT (sued
   erroneously as FRESNO CITY COLLEGE) AND CITY OF FRESNO
6

7                  UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

9

10 GEORGINA SHANTELL THOMAS,          NO.1:05-CV-01444-OWW-DLB

11         Plaintiff,

12 vs.                                 **STATUS CONFERENCE ORDER**

13 BURLINGTON NORTHERN SANTA           Hearing : February 14, 2007
   FEE CORPORATION; BURLINGTON
14 NORTHERN AND SANTA FE
   RAILWAY COMPANY; BNSF
15 RAILWAY COMPANY; NATIONAL
   RAILROAD PASSENGER
16 CORPORATION (AMTRAK); ERNEST
   MARTINEZ; STATE OF CALIFORNIA,
17 DEPARTMENT OF TRANSPORTATION,
   CALTRANS; FRESNO CITY COLLEGE;
18 STATE CENTER COMMUNITY
   COLLEGE DISTRICT; COUNTY OF
19 FRESNO; CITY OF FRESNO; CLARDY
   LEE MULLIN, JR.; DOES 1through 500,
20 inclusive,

21         Defendants.

22         Pursuant to Fed. Rule Civ. P. 16, the Court having conferred with counsel and Ms.

23 Georgia Shantell Thomas, in *pro se*, **IT IS ORDERED**:

24         1. On or before   Friday, February 16, 2007, Plaintiff, GEORGIA SHANTELL

25 THOMAS shall report to the Court by whether or not new counsel has been retained to represent her.

26 If she has not retained this new attorney, she shall report on or before Friday, February 16, 2007, that

27 she has not retained this particular counsel.  If she has retained new counsel, that new  attorney is

28 to file a Notice of Appearance on or before Friday, February 16, 2007.

1        2. If Plaintiff, GEORGIA SHANTELL THOMAS  has not retained counsel by
2  February 16, 2007, the Court finds good cause for her to have an additional thirty (30) days from
3  February 14, 2007, within which to find a new attorney to represent her .
4        3. On or before March 15, 2007, Plaintiff, GEORGIA SHANTELL THOMAS, or her
5  new attorney, shall file with the Court a Supplemental Status Report. This Report shall identify if
6  she needs  the current trial date set August 14, 2007, and associated dates for this case, continued.
7  If Plaintiff is in need of additional time, she shall identify for how much more time she will need for
8  the trial date to begin.

10  IT IS SO ORDERED.
11  **Dated:   February 15, 2007**         **/s/ Oliver W. Wanger**
    emm0d6         UNITED STATES DISTRICT JUDGE