| | |
|---|---|
| 1 | DAVID M. OVERSTREET, IV, No.103039 |
| 2 | **OVERSTREET & ASSOCIATES**<br>Attorneys At Law<br>1530 E. Shaw Avenue, Suite 102 |
| 3 | Fresno, CA 93710 |
| 4 | Telephone (559) 221-2771<br>Facsimile (559) 221-2775 |

5  Attorneys for Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT (sued erroneously as FRESNO CITY COLLEGE) AND CITY OF FRESNO

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

9

| | |
|---|---|
| GEORGINA SHANTELL THOMAS, | NO.1:05-CV-01444-OWW-DLB |
| Plaintiff, | |
| vs. | **STATUS CONFERENCE ORDER** |
| BURLINGTON NORTHERN SANTA FEE CORPORATION; BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); ERNEST MARTINEZ; STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, CALTRANS; FRESNO CITY COLLEGE; STATE CENTER COMMUNITY COLLEGE DISTRICT; COUNTY OF FRESNO; CITY OF FRESNO; CLARDY LEE MULLIN, JR.; DOES 1through 500, inclusive, | Date: February 14, 2007<br>Time: 10:00 a.m.<br>Ctrm: 3 |
| Defendants. | |

Pursuant to Fed. Rule Civ. P. 16, the Court having conferred with counsel and Ms. Georgia Shantell Thomas, in *pro se*, **IT IS ORDERED**:

1.  On or before  Friday, February 16, 2007, Plaintiff, GEORGIA SHANTELL THOMAS shall report to the Court by whether or not new counsel has been retained to represent her. If she has not retained this new attorney, she shall report on or before Friday, February 16, 2007, that she has not retained this particular counsel.  If she has retained new counsel, that new  attorney is

1    to file a Notice of Appearance on or before Friday, February 16, 2007.

2    2. If Plaintiff, GEORGIA SHANTELL THOMAS has not retained counsel by
3    February 16, 2007, the Court finds good cause for her to have an additional thirty (30) days from
4    February 14, 2007, within which to find a new attorney to represent her .

5    3. On or before March 15, 2007, Plaintiff, GEORGIA SHANTELL THOMAS, or
6    her new attorney, shall file with the Court a Supplemental Status Report. This Report shall identify
7    if she needs the current trial date set August 14, 2007, and associated dates for this case, continued.
8    If Plaintiff is in need of additional time, she shall identify for how much more time she will need for
9    the trial date to begin.

10    4. A further Scheduling Conference is set for March 21, 2007 at 8:45 a.m. in
11    Courtroom 3, before Judge Oliver W. Wanger.

14    IT IS SO ORDERED.

15    **Dated:   February 25, 2007**           **/s/ Oliver W. Wanger**
        emm0d6                                                        UNITED STATES DISTRICT JUDGE