UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA SHANTELL THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE CORPORATION; BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, et al.,<br><br>Defendants. | 1:05-cv-1444 OWW DLB<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 6/15/07 8:45 Ctrm. 3 |

I. Date of Scheduling Conference.

March 21, 2007

II. Appearances Of Counsel.

Plaintiff appeared in pro se.

Erin Eileen Fry, Esq., appeared on behalf of the Burlington Northern Sante Fe Defendants.

David Overstreet, Esq., appeared on behalf of Defendants Fresno City College, State Center Community College District.

The County of Fresno has been dismissed from the case.

Defendants State of California Department of Transportation and Caltrans have been remanded to State Court.

1  Defendant Clardy Lee Mullin, Jr., may have been served by
2  publication.  The status of this Defendant is unknown.
3  III.  Status of Case.
4  1.  Ms. Thomas has requested that the Court stay the case
5  until January, 2008.  The Court notes that this case was filed in
6  October of 2005 and is over one and one-half years old.
7  2.  Based on Ms. Thomas' request for additional time to
8  obtain an attorney, she shall have through and including June 1,
9  2007, to obtain an attorney.
10  3.  In the event Ms. Thomas is unable to obtain an
11  attorney, the case will go forward.
12  4.  A scheduling conference will be held in this case on
13  June 15, 2007, at 8:45 a.m. whereupon a new trial schedule for
14  the case shall be set.
15  5.  For the reasons stated above, the trial date is ordered
16  VACATED and the existing scheduling shall also be VACATED.

IT IS SO ORDERED.

Dated:   March 23, 2007              /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE