IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA THOMAS, ) | NO. CV-F-05-1444 OWW/DLB |
| ) | |
| ) | ORDER VACATING ORAL ARGUMENT |
| ) | ON MOTIONS FOR SUMMARY |
| Plaintiff, ) | JUDGMENT SET FOR APRIL 9 AND |
| ) | APRIL 23, 2004 AND DIRECTING |
| vs. ) | DEFENDANTS TO RE-NOTICE |
| ) | MOTIONS FOR HEARING |
| ) | |
| BURLINGTON NORTHERN AND ) | |
| SANTA FE RAILWAY COMPANY, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The hearings noticed for Defendants' respective motions for summary judgment set for April 9 and April 23, 2007 are vacated pending Plaintiff's retention of new counsel by June 1, 2007. On June 5, 2007, Defendants may re-notice the motions for hearing pursuant to Rule 78-230, Local Rules of Practice.

Plaintiff is advised that she will be granted no further continuances of the motions for summary, even if she retains new counsel. If Plaintiff does not retain new counsel, she is advised that Rule 83-183(a), Local Rules of Practice provides in

1

pertinent part:

> Any individual representing ... herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to persons appearing <u>in propria persona</u>. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

Plaintiff is further advised that she must comply with Rule 56-260, Local Rules of Practice, in filing oppositions to the respective motions for summary judgment.

IT IS SO ORDERED.

**Dated:   April 3, 2007**                              **/s/ Oliver W. Wanger**
668554                                                   UNITED STATES DISTRICT JUDGE

2